# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    Tiffany S Amos

Debtor(s)

Case No. 14 B 11582

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/29/2014.

2) The plan was confirmed on 07/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/08/2016.

5) The case was Dismissed on 10/17/2016.

6) Number of months from filing to last payment: 27.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,156.30 |
| Less amount refunded to debtor | $1,134.55 |

**NET RECEIPTS:** **$9,021.75**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,343.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $313.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$4,656.33**

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Medical Group | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| Allied Interstate | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 629.00 | 628.98 | 628.98 | 94.82 | 0.00 |
| American Medical Association | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| Balanced Healthcare Receivables LLC | Unsecured | 75.40 | NA | NA | 0.00 | 0.00 |
| CAmi shaper | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cashcall Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CCSI | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging Assoc | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 400.00 | 488.00 | 488.00 | 68.96 | 0.00 |
| Computer Credit Inc | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| Coresource | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| Corporate America Family CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education/MOHELA | Unsecured | 5,343.00 | 8,372.22 | 8,372.22 | 1,262.09 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| George V Bucciero DPM | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Holy Cross Affiliates | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 2,048.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Imaging Assoc of Indiana PC | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JB Jenkins & Associates | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| JB Jenkins & Associates | Unsecured | 177.94 | NA | NA | 0.00 | 0.00 |
| Lincoln Park Anes Pain Mg | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| Little Company of Mary Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| max lend | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MCS Collections | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| MiraMed Medical Groups | Unsecured | 861.00 | NA | NA | 0.00 | 0.00 |
| Mohela/Dept Of Ed | Unsecured | 2,996.00 | NA | NA | 0.00 | 0.00 |
| MRS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Mt Sinai Hosptial Medical Center | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| NCC | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 6,000.00 | 7,753.87 | 7,753.87 | 90.00 | 0.00 |
| Nissan Motor Acceptance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Percy conrad may | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Presence Saint Joseph Hospital Chicago | Unsecured | 2,371.00 | 2,371.04 | 2,371.04 | 357.43 | 0.00 |
| QCS | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 178.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 1,000.00 | 1,355.76 | 1,355.76 | 204.37 | 0.00 |
| Rush | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| S.t. Surgical Consultants | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| Saint Joseph Hospital | Unsecured | 51,361.00 | NA | NA | 0.00 | 0.00 |
| Saint Joseph Hospital | Unsecured | 2,168.51 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 6,583.00 | NA | NA | 0.00 | 0.00 |
| St Margaret Mercy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US Celluar | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| USA Funds | Unsecured | 15,025.00 | 15,175.95 | 15,175.95 | 2,287.75 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,145.82** | **$4,365.42** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,656.33 |
| Disbursements to Creditors | $4,365.42 |
| **TOTAL DISBURSEMENTS** : | **$9,021.75** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/21/2017          By: /s/ Marilyn O. Marshall
                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**